UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 19298
   ARLETHA L MYLES
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8247


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/18/2007 and was confirmed 12/03/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

     The case was dismissed after confirmation 07/14/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PEOPLES GAS LIGHT & COKE | UNSECURED | 844.84 | .00 | .00 |
| NATIONWIDE LOANS LIMITED | UNSECURED | 3825.94 | .00 | .00 |
| LEDFORD & WU | PRIORITY | 2509.00 | .00 | .00 |
| CAFCU | SECURED VEHIC | 16540.00 | 787.81 | 2273.86 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 346.56 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1248.30 | .00 | .00 |
| CAFCU | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 708.65 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CMI | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1898.71 | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| FASH CASH PERSONAL LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 373.00 | .00 | .00 |
| IC SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLE MANAGEMENT IN | UNSECURED | 250.00 | .00 | .00 |
| MIY DIRECT | UNSECURED | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 271.00 | .00 | .00 |
| B-REAL LLC | UNSECURED | 121.00 | .00 | .00 |
| OXYX ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLE MANAGEMENT IN | UNSECURED | NOT FILED | .00 | .00 |
| SECRETARY OF STATE | NOTICE ONLY | NOT FILED | .00 | .00 |
| STUART B DUBIN | UNSECURED | NOT FILED | .00 | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 19298 ARLETHA L MYLES

```
SULLIVAN URGENT AID      UNSECURED      NOT FILED              .00            .00
LOAN SHOP ONLINE         UNSECURED      NOT FILED              .00            .00
UPTOWN CASH              UNSECURED      NOT FILED              .00            .00
VYTENIS LIETUVNINKAS     UNSECURED      NOT FILED              .00            .00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT   306.33               .00         306.33
ILLINOIS DEPT OF REV     UNSECURED       403.33               .00            .00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY    3,500.00                        1,059.87
TOM VAUGHN               TRUSTEE                                          350.83
DEBTOR REFUND            REFUND                                           281.10
```

```
        Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                    RECEIPTS         DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                 5,059.80

PRIORITY                                    306.33
SECURED                                   2,273.86
    INTEREST                                787.81
UNSECURED                                      .00
ADMINISTRATIVE                            1,059.87
TRUSTEE COMPENSATION                        350.83
DEBTOR REFUND                               281.10
                     ---------------   ---------------
TOTALS                  5,059.80          5,059.80
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                            /s/ Tom Vaughn
   Dated: 10/23/08          _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE